IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOMMY JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:06-MC-03279 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ENTRY OF APPEARANCES

James Lyons hereby enters his appearance in this action as lead attorney for the United States of America, and Michael Wilcove hereby enters his appearance in this action as co-counsel for the United States of America.  The United States does not waive any objections it may have under Federal Rule of Civil Procedure 12(b)(2) through 12(b)(5) by filing this Entry of Appearances.  Mr. Lyons and Mr. Wilcove respectfully request that copies of all notices of settings, pleadings, and papers filed in this action be served through the Court's e-filing system or as follows:

| | |
|---|---|
| James T. Lyons | Michael N. Wilcove |
| Trial Attorney, Tax Division | Trial Attorney, Tax Division |
| Department of Justice | Department of Justice |
| P.O. Box 14198 | P.O. Box 14198 |
| Ben Franklin Station | Ben Franklin Station |
| Washington, DC 20044 | Washington, D.C. 20044 |
| Telephone:  (202) 514-5880 | Telephone:  (202) 514-6474 |
| james.t.lyons@usdoj.gov | michael.n.wilcove@usdoj.gov |

LEURA GARRETT CANARY
United States Attorney

R. RANDOLPH NEELEY
Assistant U.S. Attorney


/s/ James T. Lyons
JAMES T. LYONS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-5880
Fax:     (202) 514-9868
james.t.lyons@usdoj.gov
New York Bar Number 3933868

/s/ Michael N. Wilcove
MICHAEL N. WILCOVE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-6474
Fax:     (202) 514-9868
michael.n.wilcove@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Entry of Appearances has this 17th day of January 2006, been made by U.S. Mail to the following address:

        Richard L. Pyper
        P.O. Box 11706
        Montgomery, AL 36111-0706


        /s/ James T. Lyons
        JAMES T. LYONS
        Trial Attorney, Tax Division