IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TOMMY JORDAN,                          )
                                       )
      Plaintiff,                       )
                                       )
v.                                     )          2:06-mc-3279-MEF
                                       )
UNITED STATES OF AMERICA,              )
                                       )
      Defendant.                       )

## ORDER

On March 6, 2006, the United States responded to the *Petition to Quash Third Party Summons* (Doc. 1, Jan. 4, 2006) with its *Answer and Cross-Petition* (Doc. 4) along with a *Motion to Deny Petition to Quash and to Grant Cross-Petition for Enforcement* and *Attachment* (Doc. 5). For good cause, it is

**ORDERED** that Petitioner Jordan may file any response in opposition to the Cross-Petition and the Motion not later than March 22, 2006; thereafter, the Petition, Cross-Petition, and Motion shall be submitted for Recommendation of the parties' written submissions.

DONE THIS 13TH DAY OF MARCH, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE