# AFFIDAVIT

BEFORE ME, A NOTARY PUBLIC FOR THE STATE OF ALABAMA AT LARGE, APPEARED TOMMY JORDAN, WHO BEING OF LAWFUL AGE, SAYS AS FOLLOWS:

1. MY NAME IS TOMMY JORDAN, AND I AM OVER THE AGE OF 21 YEARS.

2. I AM THE TOMMY JORDAN WHO WAS DOING BUSINESS IN 2004 AS TAX TYME AND WHOSE CLIENT RECORDS ARE BEING SOUGHT BY THE IRS VIA A THIRD PARTY SUMMONS ISSUED TO MY ATTORNEY, RICHARD L. PYPER.

3. I AGREED TO DELIVER MY CLIENT RECORDS TO MR. PYPER IN AUGUST, 2005, SO HE COULD ADVISE ME AND AS COLLATERAL FOR PAYMENT OF MR. PYPER'S FEES IN REPRESENTING ME.

4. I HAVE BEEN NOTIFIED BY SANTA BARBARA BANK & TRUST THAT THEY WILL NO LONGER DO BUSINESS WITH ME BECAUSE I AM CURRENTLY BEING INVESTIGATED BY THE IRS. I BELIEVE THE REASON HOUSEHOLD BANK HAS FAILED TO REMIT MONEYS OWED TO ME FOR RETURNS PREPARED IN 2005 IS ALSO DUE TO THE IRS INQUIRY.

5. SEVERAL CLIENTS OF MINE HAD THEIR REFUNDS DELAYED BY THE IRS AND WERE INFORMED THE REFUNDS WOULD NOT BE RELEASED UNLESS THEY WOULD MEET WITH SPECIAL AGENT WILSON AND ANSWER CERTAIN OF HIS QUESTIONS, AFTER WHICH THE REFUNDS WERE AUTHORIZED TO BE ISSUED TO THEM.

6. MY BUSINESS AND INCOME HAVE BEEN SEVERELY HAMPERED BY THE ACTIONS OF THE IRS, INCLUDING THE DETERMINATION TO DELAY ISSUING REFUNDS FOR TAX YEAR 2005 TO THOSE CLIENTS WHOSE RETURNS HAVE BEEN PREPARED BY TAX TYME.

7. THE REVENUE WHO CAME TO TAX TYME'S OFFICE AND DEMANDED THAT I GIVE HER ACCESS TO ALL MY CLIENT FILES, MS. JEANNE ARMSTRONG, SPENT THE ENTIRE DAY IN THE OFFICE LOOKING THROUGH MY CLIENT FILES.

8. I WAS AN IRS AUTHORIZED *e-file* PROVIDER OF INDIVIDUAL INCOME TAX RETURNS DURING THE FIRST EIGHT MONTHS OF 2005.

_____
TOMMY JORDAN

SWORN TO AND SUBSCRIBED BEFORE ME ON THE 22 DAY OF MARCH, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

9-14-2008