Exhibit "A"

# AFFIDAVIT

BEFORE ME, A NOTARY PUBLIC FOR THE STATE OF ALABAMA AT LARGE, APPEARED TOMMY JORDAN, WHO BEING OF LAWFUL AGE, SAYS AS FOLLOWS:

1. MY NAME IS TOMMY JORDAN, AND I AM OVER THE AGE OF 21 YEARS.

2. I AM THE TOMMY JORDAN WHO WAS DOING BUSINESS IN 2004 AS TAX TYME AND WHOSE CLIENT RECORDS ARE BEING SOUGHT BY THE IRS VIA A SUMMONS ISSUED TO ME ON OCTOBER 14, 2005.

3. PURSUANT TO AN AGREEMENT WITH MY ATTORNEY, RICHARD L. PYPER, J.D., C.P.A., I DELIVERED MY CLIENT RECORDS TO MR. PYPER IN AUGUST, 2005, SO HE COULD ADVISE ME AND AS COLLATERAL FOR PAYMENT OF MR. PYPER'S FEES IN REPRESENTING ME.

4. IF THE DOCUMENTS THAT ARE THE SUBJECT OF THE OCTOBER 14, 2005 SUMMONS EXIST, THEY ARE CONTAINED IN THE FILES DELIVERED TO MR. PYPER.

5. I CURRENTLY OWE MR. PYPER A SUM OF MONEY WHICH I HAVE BEEN NOT YET PAID HIM FOR HIS SERVICES RENDERED IN MY BEHALF IN MARCH, 2006. I DO NOT ANTICIPATE BEING IN A POSITION TO PAY HIS FEES IN FULL AS OF THIS DATE, NOR DO I ANTICIPATE PAYING HIM AN AMOUNT GREATER THAN THE FEE OWED IN ANTICIPATION OF ADDITIONAL SERVICES TO BE RENDERED ON MY BEHALF BY MR. PYPER THIS MONTH.

6. I DO NOT EXERCISE CONTROL OVER THE CLIENT FILES I HAVE DELIVERED TO MR. PYPER AND HAVE BEEN GIVEN ONLY LIMITED ACCESS TO THESE FILES IN ORDER TO ASSIST MR. PYPER IN HIS REPRESENTATION OF ME AT THIS TIME.

7. I DO NOT BELIEVE I WILL BE IN A POSITION TO PREPAY MR. PYPER'S FEES IN SUFFICIENT AMOUNTS TO SECURE A RELEASE OF MY CLIENT FILES WHILE MY NEED TO USE HIS

SERVICES DURING THE ONGOING INVESTIGATION AND DISPUTE WITH THE INTERNAL REVENUE SERVICE CON-TINUES.

_____
TOMMY JORDAN

SWORN TO AND SUBSCRIBED BEFORE ME ON THE 2ND DAY OF MAY, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

9-14-2008

affidavit2.tjordan
05/02/2006.1