IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| TOMMY JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-mc-3279-MEF |
| ) | (WO) |
| UNITED STATES OF AMERICA *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #9) to the Recommendations of the Magistrate Judge (Doc. #8) filed on May 2, 2006 is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 8) entered on April 18, 2006 and the Amended Recommendation of the Magistrate Judge (Doc. # 10) entered on May 8, 2006 are ADOPTED;

3. The petition to Quash Third Party summons, docketed as a Motion to Quash (Doc. #1) is DENIED.

4. The United States' Motion to Deny Petition to Quash and to Grant Cross-Petition for Enforcement (Doc. #5) is GRANTED.

5. These rulings resolve this matter and the Clerk of the Court is DIRECTED to close this file.

DONE this 19th day of May, 2006.

                                                /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE